## CHARLES FURMAN AND OTHERS, RESPONDENTS, *v.* FELIX CUNNINGHAM, APPELLANT.

*Costs — the plaintiff is entitled thereto, in an action for a violation of chapter 237 of 1878, although the recovery is less than fifty dollars—Code of Civil Procedure, sec. 3250.*

In an action to recover penalties for skimming milk before sending it to a cheese factory, under chapter 237 of 1878, which provides that whoever violates the provisions of the act "shall forfeit and pay a sum not less than twenty-five dollars nor more than one hundred dollars, with costs," the plaintiff recovered a judgment for forty dollars.

*Held*, that he was entitled to costs.

APPEAL from an order setting aside costs taxed by the clerk in favor of the defendant, and directing them to be taxed in favor of the plaintiffs.

The action was brought, under chapter 237 of 1878, to recover penalties incurred by the act of the defendant in skimming milk before sending it to a cheese factory. The plaintiffs had a verdict for forty dollars. The clerk thereupon taxed costs in favor of the defendant.

*Burke & Kilburn*, for the appellant.

*Gilbert & Kellas*, for the respondents.

BY THE COURT:

We are of the opinion that the statute, chapter 237, Laws 1878, which gives a penalty not less than twenty-five dollars nor more than $100 "with costs of suit," authorizes the recovery of costs in this case. Section 3250 of the Code leaves that statute unaffected by the provisions of the Code relative to the recovery of costs. "The award of costs is specially regulated" by that statute.

Order affirmed, with ten dollars costs and printing disbursements.

Present.—LEARNED, P. J., and BOCKES, J.; LANDON, J., not acting.

Order allowing costs, affirmed with ten dollars costs, and printing disbursements.